Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**May 22, 2023**

Name of Offender: **Danny R Hamamoto**

Case Number: **2:17CR00102**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **April 19, 2022**

Original Offense: **Distribution of a Controlled Substance**

Original Sentence: **30 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **May 11, 2023**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center – You must reside in a residential reentry center for a term of up to 60 days. You must follow the rules and regulations of the center.**

## CAUSE

On May 15, 2023, the undersigned met with Hamamoto to discuss any barriers to complete supervision or any concerns he may have regarding the process. Hamamoto stated that due to his imprisonment, he has temporarily lost his social security benefits and is waiting for them to be reinstated. Hamamoto is unemployed currently but is working with a third-party partner for job placement upon completion of a two-week orientation. The only finances Hamamoto possesses at this time are from an overpayment from social security which he is expected to pay back in full.

On May 18, 2023, the undersigned conducted an initial home inspection of Hamamoto's residence. The home was a boarding house style living arrangement in where he is currently sharing a full-size bed with his brother's girlfriend. The undersigned walked the vicinity of the

RE: Danny R Hamamoto

Prob12B
D/NV Form
Rev. June 2014

property and identified a shed behind the house that was chained and locked shut. The undersigned inquired about the contents of the shed and Hamamoto stated that the owner of the property has access to the shed, so he is unaware. Upon further evaluation of the residence the undersigned observed several rooms within the home where unknown residents reside. Hamamoto stated that he did not know the individuals renting the rooms or their criminal history. The home did not have traditional lighting and the undersigned did not have access to the other rented rooms. Without the ability to verify, the undersigned is currently unable to check for weapons, drugs, paraphernalia, or any other contraband that could present issues during supervision. In addition, the undersigned is unable to identify all occupants of the residence. The inability to identify all occupants to conduct criminal record checks creates officer safety issues.

On May 22, 2023, the undersigned called Hamamoto into the probation office to address concerns with his current living arrangement. Hamamoto believes once his social security benefits are reinstated, he will be able to find a living arrangement more conducive to supervision. Until then, he agrees that residing at the Residential Reentry Center (RRC) will be in his best interest. The undersigned presented Hamamoto with a Waiver of Hearing (Prob 49) to modify his conditions to include placement at the RRC for up to 60 days. Hamamoto agreed to the modification as witnessed by his signature on the attached Waiver.

Should the Court have any questions concerning this matter, the undersigned is available at (702) 236-8732.

Respectfully submitted,

Digitally signed by Amanda Stevens
Date: 2023.05.22 15:35:42 -07'00'

Amanda Stevens
United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2023.05.22 15:32:42 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

RE: Danny R Hamamoto

Prob12B
D/NV Form
Rev. June 2014

### THE COURT ORDERS

☐  No Action.

☐  The extension of supervision as noted above.

☑  The modification of conditions as noted above

☐  Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------


_____
Signature of Judicial Officer

May 23, 2023
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 60 days. You must follow the rules and regulations of the center.

Witness _____  Signed _____
U.S. Probation Officer                   Probationer or Supervised Releasee

05-22-23
Date